**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | | |
|---|---|---|
| DISCOUNT HOME FURNISHINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| WAYFAIR LLC | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES**

Plaintiff Discount Home Furnishings, Inc. ("DHF") brings this Complaint against Defendant Wayfair LLC ("Wayfair"), and alleges as follows:

**THE PARTIES**

1.      DHF is a Kentucky corporation having a principal place of business at 3031 Loretto Road, Springfield, Kentucky 40069. DHF distributes and sells cabinet hardware and other home goods. DHF operates the website www.discounthomefurnishings.com, where it sells its cabinet hardware and other home goods.

2.      Upon information and belief, Wayfair is a Delaware limited liability corporation having a principal place of business at 4 Copley Place, 7th Floor, Boston, Massachusetts 02116.

3.      Upon information and belief, Wayfair maintains a physical presence in this judicial district at 1600 Donaldson Hwy, Erlanger, KY 41018 and at 5101 Renegade Way, Florence, Kentucky 41042.

4.      Upon information and belief, Wayfair is an e-commerce company that sells home goods through various websites, including but not limited to, the following: www.wayfair.com; www.jossandmain.com; www.allmodern.com; www.birchlane.com; and www.perigold.com ("the

1

Wayfair Sites"). Upon information and belief, Wayfair conducts business throughout the United States, including in the Commonwealth of Kentucky, and in this judicial district.

## JURISDICTION AND VENUE

5.      This is an action for trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; trademark infringement and unfair competition in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a); and trademark infringement and unfair competition in violation of the common law of the Commonwealth of Kentucky.

6.      This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C § 1338. This Court has jurisdiction over DHF's related common law claims under 28 U.S.C. §§ 1367 and 1338(b), since the claims arise from the same operative facts or are otherwise so related to the Lanham Act claims that they form part of the same case or controversy.

7.      This Court has personal jurisdiction over Wayfair, because, as set forth more fully below, a substantial part of the acts or omissions giving rise to DHF's claims in this matter occurred in this judicial district and Wayfair maintains a physical presence and does business in this judicial district.

8.      Venue is proper in this judicial district pursuant to 28 U.S.C § 1391 because, as set forth more fully below, a substantial part of the events or omissions giving rise to DHF's claims in this matter occurred in this judicial district and Wayfair maintains a physical presence and does business in this judicial district.

## STATEMENT OF RELEVANT FATS

### DHF and its rights in its COSMAS Trademark

9.      DHF distributes and sells cabinet hardware, as well as ceiling fans, lighting, door hardware, and bathroom hardware.

2

10.    DHF is a Kentucky success story. The business started in 2006, as the brainchild of Travis Smith and Joseph "Jodie" Smith, Jr., and first operated out of a one car garage as "Cabinet Hardware and Everything Else." After working full time at their day jobs at a family-owned custom cabinet company, Travis and Jodie would go to the garage at night and on weekends to package and sell discounted cabinet hardware on eBay. It was a two-man show with one person packaging the orders for shipment and the other on the computer printing the shipping labels and managing postings.

11.    That business thrived and soon outgrew its one car garage. In 2007, the business moved into new and larger space and more family members joined the business. Also in 2007, the business acquired the domain names cabinethardware4less.com and cabinethardwareforless.com, where it started selling cabinet hardware online.

12.    In January 2008, Discount Home Furnishings, Inc. was incorporated in Kentucky.

13.    By the end of 2008, the custom cabinet company closed, and all the effort was devoted to DHF, as the company moved into the old cabinet company space and DHF continued to grow.

14.    In 2010, DHF decided to launch its own brand of cabinet hardware to offer for sale online to better compete in the national marketplace.  DHF settled on COSMAS as the name for its new brand, which started with 30 SKUs and has only grown from there.

15.    DHF is the nationwide owner of the trademark COSMAS® for use on or in connection with cabinet hardware, namely, knobs, handles, drawer pulls, cabinet hinges, and switch plates of non-precious metal, metal lockets, metal robe hooks, and bath accessories.

16.    DHF has been using its mark COSMAS since at least as early as July 22, 2010, and owns a federal registration issued by the United States Patent and Trademark Office ("USPTO")

for the trademark COSMAS, namely, U.S. Registration No. 3,898,190, for use in connection with cabinet hardware, namely, knobs, handles, drawer pulls, cabinet hinges, and switch plates of non-precious metal. This registration matured from U.S. Application Serial No. 85/002,330, which was filed by DHF on March 30, 2010. DHF also owns a federal registration for the mark COSMAS for use in connection with metal lockets, metal robe hooks, and bath accessories, namely, cup holders, soap dishes, soap dispensers, toilet tissue holders, toilet roll holders, toilet tissue dispensers, toothbrush holders, towel rails and rings, and wall soap dispensers, which was assigned U.S. Registration No. 4,449,840. U.S. Registration No. 3,898,190 and 4,449,840 shall collectively be referred to as "the COSMAS Registrations." The COSMAS Registrations are valid, subsisting in full force, and registered on the Principal Register of the USPTO. Furthermore, the COSMAS Registrations are incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065. True and accurate copies of the COSMAS Registrations are attached as Exhibit A.

17.     DHF's COSMAS mark has been extensively and continuously used, advertised, and promoted by DHF in connection with its cabinet hardware across the United States since at least as early as 2010. DHF's COSMAS mark has been extensively and continuously used, advertised, and promoted by DHF in connection with its bath accessories across the United States since at least as early as 2012. Substantial time, effort, and money have been expended over the years in ensuring that the purchasing public associates the mark COSMAS exclusively with DHF.

18.     Wayfair is not authorized to use the mark COSMAS, and Wayfair is not authorized to advertise products sold on the Wayfair Sites under DHF's COSMAS mark.

19.     Wayfair is not affiliated in any way with DHF or DHF's business.

20.     Upon information and belief, Wayfair is a competitor of DHF, as both sell cabinet hardware and other home goods online.

21.     Upon information and belief, Wayfair allows consumers to purchase home goods on the Wayfair Sites, and such products offered on the Wayfair Sites include products distributed and sold online by DHF, including but not limited to cabinet hardware, bath accessories, ceiling fans, lighting, faucets, and jewelry racks.

**Wayfair's Use of DHF's COSMAS Trademark**

22.     Upon information and belief, the software code in the Wayfair Sites used DHF's valuable trademark COSMAS in such a manner that when a consumer commenced a search for "cosmas" on the Wayfair Sites, consumers were invited to choose various dropdown options including "cosmas cabinet pulls," "cosmas cabinet pulls in Cabinet and Drawer Pulls," "cosmas cabinet hardware,' and "cosmas bar stool." An example of when a consumer commenced a search for "cosmas" on www.wayfair.com is shown below:



23.     Upon information and belief, the software code in the Wayfair Sites used DHF's valuable trademark COSMAS in such a manner that when a consumer searched "cosmas" on the Wayfair Sites, search results for "cosmos" populated and cabinet hardware sold by competitors to DHF resulted. An example of search results when a consumer searched "cosmas" on www.wayfair.com is shown below:



24. Upon information and belief, the software code in the Wayfair Sites used and continues to use DHF's valuable trademark COSMAS in such a manner that when consumer search for a near misspelling of COSMAS in connection with cabinet pulls, the Wayfair Sites generate search results for cabinet pulls sold by competitors of DHF. This indicates that the software code in the Wayfair Sites uses DHF's valuable trademark COSMAS in such a way that

when a near misspelling of the mark is searched, competing products result, rather than no results.

Examples of search results for "cosmos cabinet pulls" on www.wayfair.com are shown below:





25.    As demonstrated by the images above, the search results when a consumer searches "cosmos cabinet pulls" on www.wayfair.com display numerous items of competing cabinet hardware, but no genuine COSMAS cabinet hardware. Consumers are redirected to view and likely purchase a competing cabinet hardware product.

26.    As demonstrated by the images above and upon information and belief, Wayfair coded the Wayfair Sites such that cabinet hardware would result whenever "cosmas" or the near misspelling "cosmos" was searched by a consumer, indicating that Wayfair intentionally used and

continues to use the intentional misspelling "cosmos" in the coding of the searching function of the Wayfair Sites.

27.    As demonstrated by the images above and upon information and belief, consumers who searched the Wayfair Sites looking for DHF's COSMAS branded products were ultimately redirected to other products sold by Wayfair, a classic bait and switch.

28.    As demonstrated by the images above and upon information and belief, consumers who misspelled "COSMAS" when searching DHF's COSMAS branded cabinet pulls were ultimately redirected to competing cabinet pulls sold on the Wayfair Sites, a classic bait and switch that results in lost sales for DHF and additional profits for Wayfair.

**Wayfair's Infringement of COSMAS Through Google AdWords Advertising**

29.    Upon information and belief, Wayfair advertises the Wayfair Sites through the Google AdWords program. Upon information and belief, Wayfair purchased DHF's COSMAS trademark as a search engine keyword from Google. When a consumer searched "cosmas cabinet pulls" and "cosmas cabinet hardware" on Google, advertisements for Wayfair and www.wayfair.com populated, with the word "Ad" beside it, indicating that Wayfair purchased the "cosmas" keyword as part of Google's AdWords program. Examples of these advertisements are shown below:

Google   cosmas cabinet pulls

Q All    ⚬ Shopping    🖼 Images    ▶ Videos    🗺 Maps    ⋮ More          Settings   Tools

About 240,000 results (0.69 seconds)

See cosmas cabinet pulls                                              Sponsored ⓘ



| Cosmas 4392SN | Cosmas 4392FB | Cosmas 13875N | Cosmas 161- | Cosmas |
|---|---|---|---|---|
| Satin Nickel... | Flat Black... | Satin Nickel... | 96SN Satin... | 9533ORB Oil... |
| $1.49 | $1.89 | $0.55 | $3.79 | $0.97 |
| DoorCorner.com | DoorCorner.com | DiscountHome... | DoorCorner.com | DiscountHome |
| ★★★★★ (158) | ★★★★★ (158) | | ★★★★★ (84) | |

Cosmas Cabinet Pulls at Amazon® | Shop Hardware
[Ad] www.amazon.com/ ▾
★★★★ Rating for amazon.com: 4.6
Power Tools, Hand Tools, & More. Free Shipping on Qualified Orders.

Wayfair Cosmas Cabinet Pulls | Top Picks Up to 70% Off | wayfair.com
[Ad] www.wayfair.com/Top-Sellers/Free-Shipping ▾
At Your Doorstep Faster Than Ever. Two Day Free Shipping On Tons of Products! Gift Cards Available.

Cosmas Cabinet Knob Hardware and Cosmas Drawer Pull Hardware ...
https://cosmas-hardware.com/collections/cabinet-hardware ▾
Cosmas cabinet hardware includes Cosmas cabinet knobs and drawer pulls in ten different beautiful
finishes. There is no better value than Cosmas Hardware.
You've visited this page 2 times. Last visit: 7/10/19

Cosmas Cabinet Pulls - Walmart
https://www.walmart.com/c/brand/cosmas-cabinet-pulls ▾
Cosmas 13875N Satin Nickel Cabinet Hardware Handle Pull - 3" Hole Centers - 5 Pack. Price ... Cosmas
7712ORB Oil Rubbed Bronze Cabinet Cup Pull. Price.
You've visited this page 2 times. Last visit: 7/10/19

Shop Cosmas Cabinet Hardware - Discount Home Furnishings, Inc.
https://discounthomefurnishings.com/cosmas-cabinet-handles-pulls/ ▾
Items 1 - 40 of 1924 - Cosmas 10555ORB Oil Rubbed Bronze Zinc Cabinet Pull. $1.99 ... Cosmas
10154SN Satin Nickel Zinc Cabinet Pull Backplate. $2.19.

Cosmas - Pulls / Cabinet Hardware: Tools & Home ... - Amazon.com
https://www.amazon.com/Pulls-Cosmas-Cabinet-Hardware/s?rh...89%3ACosmas ▾
25-Pack - Cosmas 404-030ORB Oil Rubbed Bronze Solid Steel Construction 3/8 Inch Slim Line Euro Style
Cabinet Hardware Bar Pull - 3" inch (76mm) Hole ...

Cosmas - Knobs / Cabinet Hardware: Tools & Home ... - Amazon.com
https://www.amazon.com/Knobs-Cosmas-Cabinet-Hardware/s?rh...89%3ACosmas ▾
Results 1 - 24 of 708 - Cosmas 5560FB Flat Black Cabinet Hardware Round Knob - 1-1/4" ... 10 Pack -
Cosmas 1818B Brushed Brass Cabinet Bar Handle Pull ...
You visited this page on 7/8/19.



← → C 🔒 https://www.google.com/search?rlz=1C1GCEU_enUS834US834&ei=mMmXatCj17S1Bvn0jYgF&q=cosmas+ci

**Google**    cosmas cabinet hardware    🎤  Q

🔍 All   🛒 Shopping   🖼 Images   📍 Maps   ▶ Videos   ⋮ More    Settings   Tools

About 495,000 results (0.43 seconds)

**Shop Cosmas Cabinet Hardware | Amazon.com Official Site**
[Ad] www.amazon.com/ ▾
★★★★☆ Rating for amazon.com: 4.6
Find Deals on Cosmas Cabinet Hardware In Hardware on Amazon. Try Prime for Free.

**Shop Cosmas Cabinet Hardware - discounthomefurnishings.com**
[Ad] www.discounthomefurnishings.com/ ▾
Shop Our Large Selection Of Products To Get It All! We Key All Locks For Free. Free Shipping Over $150.
Designers Impressions. Key All Door Locks Free. One Stop Shopping. For Any & All Application. Types:
Door Locks, Home Hardware, Bathroom Hardware, Knobs & Pulls, Hinges & Sliders.
FAQ · Bathroom Hardware · Shipping & Returns · Contact Us · Home Hardware

**Wayfair Cosmas Cabinet Hardware | Top Picks Up to 70% Off**
[Ad] www.wayfair.com/Top-Sellers/Free-Shipping ▾
★★★★☆ Rating for wayfair.com: 4.6 - Average delivery time: 1-5 days
At Your Doorstep Faster Than Ever. Two Day Free Shipping On Tons of Products! 7-Day Phone Support.
Sign Up For Updates. Gift Cards Available. Track Order. Highlights: We Offer A Fun And Dynamic
Environment, A Large Online Destinations For The Home.

**Cabinet Hardware - Cosmas Cabinet Knob Hardware and Cosmas ...**
https://cosmas-hardware.com/collections/cabinet-hardware ▾
Cosmas cabinet hardware includes Cosmas cabinet knobs and drawer pulls in ten different beautiful
finishes. There is no better value than Cosmas Hardware.
You've visited this page 3 times. Last visit: 7/10/19

**Shop Cosmas Cabinet Hardware - Discount Home Furnishings, Inc.**
https://discounthomefurnishings.com/cosmas-cabinet-knobs-handles-pulls/ ▾
Items 1 - 40 of 1324 - We guarantee that you will find the perfect cabinet handle or knob to fit your
needs. Add Cosmas Cabinet Hardware to your cabinets for an ...

**Cosmas - Knobs / Cabinet Hardware: Tools & Home ... - Amazon.com**
https://www.amazon.com/Knobs-Cosmas-Cabinet-Hardware/s?rh...89%3ACosmas ▾
Results 1 - 24 of 799 - Cosmas 5560FB Flat Black Cabinet Hardware Round Knob ... Cosmas 5560ORB
Oil Rubbed Bronze Cabinet Hardware Round Knob ...
You visited this page on 7/8/19.

**Cosmas Cabinet Knobs - Walmart**
https://www.walmart.com/c/brand/cosmas-cabinet-knobs ▾
Cosmas 4950SN Satin Nickel Cabinet Hardware Round Mushroom Knob - 1-1/4" ... Cosmas 5560ORB
Oil Rubbed Bronze Cabinet Hardware Round Knob ...

12

30. As demonstrated by the images above, advertisements for Wayfair and one of the Wayfair Sites included DHF's valuable COSMAS trademark in the Google search result, as indicated by the word "Ad" in the box to the left of the search result.

31. Upon information and belief, ads only appear in search results when they are triggered by searches of certain keywords. Therefore, since Wayfair's advertisements for one of the Wayfair Sites populates from Google searches of "cosmas cabinet pulls" and "cosmas cabinet hardware," it is clear that Wayfair purchased DHF's COSMAS mark as a keyword.

32. The purchase of COSMAS as a keyword by Wayfair and the use of DHF's COSMAS mark in ad text constitutes intentional infringement of DHF's valuable COSMAS mark. Wayfair intentionally took its advertising strategy a step too far by running multiple different advertisements using DHF's trademark, as evidenced above.

33. Wayfair intentionally advertised its business through text that prominently displays DHF's valuable COSMAS trademark.

34. Wayfair's unauthorized use of the COSMAS mark likely resulted in consumer confusion, with consumers believing that DHF's goods sold under the COSMAS mark are sold on the Wayfair Sites or that Wayfair's business is somehow affiliated with or sponsored by DHF.

35. After DHF adopted and established its strong and valuable trademark rights, Wayfair, without the permission or authorization of DHF, used DHF's COSMAS mark in a manner that was and is likely to confuse customers as to (1) the nature of the relationship between Wayfair and DHF and (2) DHF's approval of Wayfair selling DHF COSMAS cabinet hardware. Wayfair used DHF's COSMAS mark to attract customers to the Wayfair Sites to sell products in a manner that falsely suggests and implies to consumers that Wayfair is somehow affiliated with or sponsored by DHF.

36. Wayfair also used DHF's COSMAS mark and the intentional misspelling of DHF's COSMAS mark "cosmos" to attract customers to the Wayfair Sites for the purpose of selling competing products instead of genuine DHF COSMAS cabinet hardware, a classic bait and switch. Consumers who searched "cosmas cabinet pulls" or "cosmas cabinet hardware" and saw the Wayfair ad with the mark COSMAS may have clicked the ad looking for COSMAS cabinet hardware only to be redirected to competing cabinet hardware. Likewise, consumers who search "cosmas cabinet pulls" on the Wayfair Sites and are presented with results of competing hardware

may click on the competing hardware. It is likely that some of these customers purchased or will purchase competing cabinet hardware from the Wayfair Sites, resulting in lost sales to DHF and additional profits for Wayfair.

37.     As a result of Wayfair's actions, the relevant consuming public was likely confused and is likely to be confused, mistaken, and deceived into wrongfully associating Wayfair's business with DHF, believing that Wayfair sells genuine DHF COSMAS cabinet pulls or that DHF somehow authorizes, approves, or sponsors or is otherwise affiliated with Wayfair's business or the Wayfair Sites.

38.     As a result of Wayfair's actions and use of an intentional misspelling of DHF's valuable COSMAS mark, the relevant consuming public is likely to purchase products that compete with DHF's genuine COSMAS cabinet hardware, resulting in harm and lost sales to DHF.

**Wayfair's Intentional Infringement of DHF's COSMAS Trademark**

39.     Because of DHF's long, extensive, and substantially exclusive use of the mark DHF in connection with cabinet hardware and DHF's prominence in the cabinet hardware industry, Wayfair was aware of and had actual notice and knowledge of DHF's trademark rights in COSMAS prior to Wayfair's use of the COSMAS mark in advertising.

40.     On September 14, 2017, November 2, 2017, February 9, 2018, and February 21, 2018, Wayfair contacted DHF to discuss the possibility of a partnership between DHF and Wayfair. More specifically, these communications from Wayfair to DHF inquired about the possibility of adding COSMAS hardware to the Wayfair Site, which demonstrates Wayfair's knowledge of DHF's rights in its COSMAS mark. Copies of these communications are attached hereto as Exhibit B.

15

41.    Additionally, DHF communicated its rights in the COSMAS mark to Wayfair when DHF's counsel sent Wayfair a cease and desist letter on July 11, 2019, demanding that Wayfair cease all use of DHF's valuable COSMAS trademark in advertising. A copy of this letter is attached hereto as Exhibit C.

42.    Receiving an inadequate response and seeing inadequate action taken by Wayfair, DHF sent Wayfair a second cease and desist letter on August 5, 2019, once again demanding that Wayfair cease all use of DHF's COSMAS mark in advertising. A copy of this letter is attached hereto as Exhibit D.

43.    In DHF's letter dated August 5, 2019, DHF advised Wayfair that DHF was aware that searches on all of the Wayfair Sites employed the same search strategy and algorithm and whenever a consumer searched for "cosmas", a variety of drawer pulls and cabinet hardware populated in the search results of the page, none of which were DHF products.

44.    Despite DHF's two cease and desist letters to Wayfair, the software code in the Wayfair Sites still uses an intentional misspelling of DHF's valuable trademark COSMAS "cosmos" in such a manner that when a consumer searches for the intentional misspelling "cosmos", the Wayfair Sites generate search results for competing home goods. This indicates that the software code in the Wayfair Sites uses the intentional misspelling of DHF's valuable trademark "cosmos" in such a way that when "cosmos" is searched, competing home goods result, rather than no results at all. Examples of search results when a consumer searches "cosmos" on the Wayfair Sites are shown below:











45.     Wayfair's continued use of the intentional misspelling of DHF's COSMAS mark in advertising constitutes a violation of DHF's rights wantonly, willfully, and in bad faith.

46.     As a result of Wayfair's actions, the relevant consuming public is being redirected to purchase a competing home product through the search of a near misspelling of DHF's valuable COSMAS mark, resulting in additional profit for Wayfair and lost sales and profits for DHF.

47.     As a result of Wayfair's unlawful conduct, false representations, and unfair practices, DHF has suffered and continues to suffer substantial damages and lost sales. Wayfair's aforesaid acts have injured DHF's goodwill, business reputation, and valuable intellectual property. Wayfair's unlawful conduct allows Wayfair to continue to unlawfully profit from use of DHF's COSMAS trademark.

## COUNT I
### (Trademark Infringement In Violation of 15 U.S.C. § 1114)

48.     DHF repeats and re-alleges the allegations in the foregoing paragraphs of this Complaint as if fully set forth herein.

49.     DHF owns the mark COSMAS in connection with cabinet hardware, namely, knobs, handles, drawer pulls, cabinet hinges, and switch plates of non-precious metal and bath accessories, which is the subject of two valid and enforceable federal and incontestable registrations. The COSMAS Registrations are in full force and effect.

50.     DHF commenced use of the mark COSMAS prior to Wayfair's use of COSMAS in connection with cabinet pulls and advertisement and sale of home furnishings.

51.     Wayfair's unauthorized use of COSMAS and intentional misspelling of COSMAS in connection with keyword advertising and internal searching on the Wayfair Sites as alleged herein is likely to deceive, mislead, and confuse the relevant public.

52.     Wayfair's actions constitute trademark infringement in violation of 15 U.S.C. § 1114.

53.     Upon information and belief, Wayfair's actions were taken with full knowledge of DHF's prior rights in the COSMAS Mark. Wayfair's aforesaid acts were conducted deliberately and willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case and entitling DHF to recover additional treble damages and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

54.     By reason of all the foregoing, DHF has been irreparably damaged by Wayfair's willful, unauthorized use of the COSMAS mark and an intentional misspelling of the COSMAS mark in the manner set forth above and will continue to be damaged unless Wayfair is enjoined from using COSMAS and all intentional misspellings of COSMAS in keyword advertising, in tags, and on Wayfair's Site.

55.     DHF is entitled to injunctive relief under 15 U.S.C. § 1116, as there is no adequate remedy at law for the damage to DHF's goodwill, reputation, and business interests caused by Wayfair's infringement of DHF's registered mark COSMAS.

56.     In addition to injunctive relief, DHF is entitled to all damages it has sustained in an amount to be determined at trial including but not limited to three times Wayfair's profits and gains as a result of its trademark infringement, attorneys' fees, and costs of this action.

## COUNT TWO
**(Unfair Competition and False Designation of Origin under 15 U.S.C. § 1125(a))**

57.      DHF repeats and re-alleges the allegations in the foregoing paragraphs of this Complaint as if fully set forth herein.

58.     DHF's mark COSMAS as used in connection with cabinet hardware is a distinctive mark that has become exclusively associated with DHF through continuous, extensive, and widespread use of the mark in the advertisement, promotion, and sale of DHF's cabinet hardware over the past nine years. As a result, the mark COSMAS exclusively identifies DHF's cabinet

hardware, as further evidenced by DHF's incontestable federal trademark registration for the mark COSMAS.

59.     Wayfair has used in commerce, without DHF's consent, DHF's valuable mark COSMAS and an intentional misspelling of COSMAS in advertisement of goods sold on the Wayfair Sites, which are highly similar – if not identical – to the goods offered by DHF under its valuable COSMAS mark. Wayfair continues to use in commerce, without DHF's consent, an intentional misspelling of COSMAS in connection with internal searching on the Wayfair Sites in an attempt to profit by redirecting consumers to products sold on the Wayfair Sites. Wayfair's use of a trademark that is confusingly similar to DHF's COSMAS trademark is likely to cause confusion, or to cause mistake, or to deceive as the affiliation, connection, or association of Wayfair with DHF, or as to the origin, sponsorship, or approval of the goods sold on the Wayfair Sites by DHF in violation of 15 U.S.C. § 1125(a).

60.     By reason of Wayfair's wrongful use of the COSMAS mark and the intentional misspelling of COSMAS in connection with the Wayfair Sites and keyword advertising for the Wayfair Sites, customers and prospective customers of the goods sold on Wayfair's Sites are deceptively likely to believe that the goods sold on Wayfair's Sites are genuine DHF cabinet hardware or that the good sold on Wayfair's Site are somehow affiliated, connected, associated, sponsored, or otherwise approved by DHF, when, in fact, DHF does not sell products on the Wayfair Sites and DHF has no connection or affiliation whatsoever with Wayfair.

61.     Wayfair's use of an intentional misspelling of DHF's COSMAS mark in an attempt to profit from the sale of competing home goods constitutes unfair competition in violation of 15 U.S.C. § 1125(a).

62.     Wayfair's unauthorized use in commerce of the COSMAS mark and the intentional misspelling of COSMAS constitutes unfair competition, passing off and false designation of origin, which is likely to cause confusion, or to cause mistake, or to deceive consumers as to the source of the goods sold on the Wayfair Sites, as well as to the affiliation, connection, or association of Wayfair with DHF in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

63.     Wayfair's aforesaid acts were done with knowledge and in willful disregard of DHF's exclusive rights in its valuable COSMAS mark. Wayfair's acts have caused Wayfair to profit and have injured and continue to injure DHF in an amount of damages to be proven at trial.

64.     DHF has been irreparably damaged and is continuing to be irreparably damaged by Wayfair's willful infringement of DHF's valuable COSMAS mark, for which DHF has no adequate remedy at law. DHF is entitled under 15 U.S.C. § 1116 to an injunction against Wayfair's continued infringement.

65.     Upon information and belief, Defendant's actions were taken deliberately and willfully and with the intention of causing confusion, mistake, or deception, and making this an exceptional case, and entitling DHF to recover additional treble damages and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117.

## COUNT THREE
### (Trademark Infringement Under Kentucky Common Law)

66.     DHF repeats and re-alleges the allegations in the foregoing paragraphs of this Complaint as if fully set forth herein.

67.     DHF has advertised and promoted its cabinet hardware under the mark COSMAS in the Commonwealth of Kentucky and in this District.

68.     DHF owns all right, title, and interest in and to the COSMAS mark and the goodwill associated therewith in connection with cabinet hardware, including all common law rights in the COSMAS Mark.

69.     Despite its knowledge of DHF's rights in the COSMAS mark, Wayfair has used and continues to use the COSMAS mark and near variants in connection with advertising and in the software code on the Wayfair Sites throughout the United States, including in Kentucky.

70.     Wayfair's acts constitute common law trademark infringement in violation of the common law of Kentucky, and Wayfair's acts have created and continue to create a likelihood of confusion among consumers.

71.     The aforesaid acts by Wayfair were with knowledge and in willful disregard of DHF's rights in its COSMAS mark. Wayfair's acts have injured DHF in an amount of damages to be proven at trial.

72.     Wayfair's acts of trademark infringement have caused and will continue to cause financial damage to DHF and irreparable injury for which DHF has no adequate remedy at law. Wayfair's acts have irreparably harmed DHF and will continue to harm DHF unless enjoined by this Court.

## COUNT FOUR
### (Unfair Competition Under Kentucky Common Law)

73.     DHF repeats and re-alleges the allegations in the foregoing paragraphs of this Complaint as if fully set forth herein.

74.     DHF has advertised and promoted its cabinet hardware under the mark COSMAS in the Commonwealth of Kentucky and in this District.

75.     DHF owns all right, title, and interest in and to the COSMAS mark and the goodwill associated therewith in connection with cabinet hardware, including all common law rights in the COSMAS mark.

76.     Despite its knowledge of DHF's rights in its COSMAS mark, Wayfair used the COSMAS mark and near variants in connection with advertising and in the software code on the Wayfair Sites, which were displayed throughout the United States, including in Kentucky.

77.     Wayfair's acts constitute common law unfair competition in violation of the common law of Kentucky.

78.     The aforesaid acts by Wayfair were with knowledge and in willful disregard of DHF's rights in its COSMAS mark. Wayfair's acts have injured DHF in an amount of damages to be proven at trial.

79.     Wayfair's acts of unfair competition have caused and will continue to cause financial damage to DHF and irreparable injury for which DHF has no adequate remedy at law. Wayfair's acts have irreparably harmed DHF and will continue to harm DHF unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, DHF requests judgement against Wayfair as follows:

1.      That Wayfair and any officers, agents, affiliates, servants, employees, and attorneys, those persons in active concert or participation with Wayfair who receive actual notice of the court's order by personal service or otherwise, any other aliases or company names under which Wayfair conducts or attempts to conduct business, and all persons, companies, and entities acting on behalf of Wayfair be enjoined from, directly or indirectly, continuing their actions in violation of the Lanham Act, and the common law in the Commonwealth of Kentucky, including:

A.      using the mark COSMAS or any variant or any colorable imitations thereof (collectively, "COSMAS Variant Marks");

B.      purchasing the keyword COSMAS or any COSMAS Variant Marks from Google AdWords and using COSMAS or any COSMAS Variant Marks in ad text;

C.      using the mark COSMAS or any COSMAS Variant Marks in software code on the Wayfair Sites such that a consumer search for COSMAS or any COSMAS Variant Marks populates results for products that compete with products sold by DHF under its COSMAS trademark;

D.      promoting, offering for sale, or selling products and/or services using any of COSMAS Variant Marks online and through any channels of trade now or hereafter developed;

E.      doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade, or prospective purchasers of products offered on the Wayfair Sites, as to the source of products and/or services marketed, advertised, promoted, sold, or offered for sale by Wayfair;

F.      doing any act or thing calculated or likely to deceive members of the public or trade, or prospective purchasers, into believing that there is some affiliation, sponsorship, or connection between Wayfair and DHF or that products sold on the Wayfair Sites are marketed, advertised, promoted, sponsored, offered for sale, sold, by or otherwise affiliated with DHF or advertised or sold with DHF's authorization, consent, approval, or permission;

2.      that Wayfair, in accordance with 15 U.S.C. § 1116(a), be directed to file with this Court and serve upon DHF within thirty days after entry of the injunction a report in writing, under oath, setting forth in detail the manner and form in which they have complied with the injunction;

3.      that DHF recover its actual damages sustained as a result of Wayfair's wrongful actions;

4.      that Wayfair be required to account for and pay over to DHF all gains, profits, and advantages realized as a result of Wayfair's wrongful actions;

5.      an award to DHF of trebled damages;

6.      an award to DHF of pre-judgment and post-judgment interest;

7.      an award to DHF of both the costs of this action and the reasonable attorneys' fees incurred by DHF in prosecuting this action;

8.      a jury trial on all issues so triable; and

9.      that DHF recover such further relief to which it may be entitled.

## **DEMAND FOR JURY TRIAL**

DHF demands a trial by jury of all issues so triable.


Dated: November 27, 2019                    Respectfully submitted by,

/s/ *Joel T. Beres*
Joel T. Beres (KBA 84376)
**STITES & HARBISON PLLC**
400 West Market Street, Suite 1800
Louisville, KY  40202
Telephone:  (502) 587-3400
Email: jberes@stites.com

Joseph H. Mattingly III (KBA
P.O. Box 678
104 West Main Street
Lebanon,  Kentucky 40033
Telephone:  (270) 692-1718
Email:  joe@mattinglylawoffices.com

*Counsel for Plaintiff*
*Discount Home Furnishings, Inc.*